IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00514-EWN-25

UNITED STATES OF AMERICA,

                Plaintiff,

v.

25.    CANDACE SIMS,

                Defendant.

---

**AMENDED ORDER DISMISSING COUNTS ONE AND FOUR OF THE INDICTMENT AND COUNTS ONE, NINETY TWO, AND NINETY THREE OF THE SUPERSEDING INDICTMENT**

---

Upon motion of the Defendant Candace Sims and for good cause shown, it is ORDERED that this Court's January 9, 2006 *Order Dismissing Counts One and Four of the Indictment and Counts One, Forty Nine, Fifty, Fifty One and Fifty Two of the Superseding Indictment* (Doc. # 1285) is hereby vacated.

Upon motion of the United States of America and Defendant Candace Sims and for good cause shown, it is FURTHER ORDERED that Counts One and Four of the Indictment and Counts One, Ninety Two, and Ninety Three of the Superseding Indictment as they relate to Candace Sims in the above-captioned case are hereby dismissed.

DATED this 31st day of January, 2006.

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM, JUDGE
                                      United States District Judge
                                      District of Colorado