IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00514-WYD-25

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CANDACE SIMS,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

      IT IS ORDERED that Defendant, CANDACE SIMS, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to the Warden, Federal Medical Center Carswell, Fort Worth, Texas, on January 2, 2013, by 12:00 noon, and will travel at her own expense.

      DATED at Denver, Colorado, this 11th day of December, 2012.

                            BY THE COURT:

                            s/ Wiley Y. Daniel

                            WILEY Y. DANIEL
                            Chief United States District Judge